In re KNAPP & FRENCH, Inc.   (Nos. 7738–7740.)

(Supreme Court, Appellate Division, First Department.   October 15, 1915.)

APPEAL AND ERROR ☞790—DECISIONS APPEALABLE—RESETTLED ORDERS.

Appeals from orders will be dismissed, where the orders appealed from have been resettled by a subsequent order.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 47, 3132, 4383, 4384; Dec. Dig. ☞790.]

Appeals from Special Term, New York County.

See, also, 155 N. Y. Supp. 166.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

---

In re KNAPP & FRENCH, Inc.   (No. 7737.)

(Supreme Court, Appellate Division, First Department.   October 15, 1915.)

CORPORATIONS ☞621—DISSOLUTION—RECEIVERSHIP.

Where a proceeding for dissolution of a corporation was dismissed, an order appointing a receiver also falls.

[Ed. Note.—For other cases, see Corporations, Cent. Dig. §§ 2461–2469, 2471; Dec. Dig. ☞621.]

Appeal from Special Term, New York County.

In the matter of the application of Knapp & French, Incorporated, for voluntary dissolution. From an order denying a motion to vacate or modify an order granting an injunction and appointing a receiver, an appeal was taken. Order reversed.

See, also, 155 N. Y. Supp. 166.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

L. M. Berkeley, of New York City, for appellant.

Frank W. Chambers, of New York City, for respondents.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

PER CURIAM. The order appealed from is reversed, with $10 costs and disbursements, and the motion to vacate and set aside the order appointing the receiver granted, and the receiver directed to account, upon the ground that by the order entered June 30, 1915, dismissing the proceeding, the receivership fell; the referee to take such account to be appointed in the order to be entered hereon.